COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In the Matter of D.R.B. III

Appellate case number:    01-16-00442-CV

Trial court case number:   2015-04361J

Trial court:               314th District Court of Harris County

Appellant, D.R.B. III, has filed a notice of appeal of the trial court's order to waive jurisdiction. *See* TEX. FAM. CODE §§ 54.02, 56.01(c)(1)(A); *see also* TEX. R. APP. P. 26.1(b). This court is required to bring the appeal to final disposition within 180 days of the date the notice of appeal was filed in this proceeding, so far as reasonably possible. *See* Order Accelerating Juvenile Certification Appeals and Requiring Juvenile Courts to Give Notice of the Right to an Immediate Appeal, Misc. Docket 15-9156 (Tex. Aug. 28, 2015). **The deadline for final disposition of this appeal is November 23, 2016.**

Appellant's brief was due on July 11, 2016. On that same date, appellant filed a motion to extend time to file his brief, requesting a 56-day extension to September 5, 2016.

The motion to extend time is **GRANTED**, but in light of the accelerated timelines, no further extensions will be granted. **Appellant's brief is due to be filed with this court no later than September 6, 2016.** *See* TEX. R. APP. P. 38.6(a), (d).

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                        ☒ Acting individually    ☐ Acting for the Court

Date: July 14, 2016